[Nos. 43262-5-II; 44316-3-II.    Division Two.    July 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JASON CRABLE, *Appellant.*

*In the Matter of Personal Restraint Petition of* EDWARD JASON CRABLE, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-04318-7, Brian M. Tollefson, J., entered March 2, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.

[Nos. 43422-9-II; 44485-2-II;    Division Two.    July 8, 2014.]
   44616-2-II; 44607-3-II.

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE GOMEZ VASQUEZ, *Appellant.*

*In the Matter of the Personal Restraint of* JUAN JOSE GOMEZ VASQUEZ, *Petitioner.*

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03677-6, Ronald E. Culpepper, J., entered May 4, 2012, together with petitions for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Johanson, C.J., concurred in by Worswick and Melnick, JJ.

[No. 43891-7-II.    Division Two.    July 8, 2014.]

JEFFREY McKEE, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 12-2-00123-7, M. Karlynn Haberly, J., entered July 31, 2012. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Johanson, C.J., and Worswick, J.